AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_______________ DISTRICT OF _______________

UNITED STATES OF AMERICA
V.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:07 M 10 M

I, Ronald Seagrave, charged in a ☑ complaint ☐ petition pending in this District with _______________ in violation of Title 18, U.S.C., 1344 + 1028(a)(1) + (c)(5) and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

[signature]
*Defendant*

2/6/07
*Date*

[signature]
*Counsel for Defendant*