**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

VS. CASE NO. 107-M-10M

RONALD SEAGRAVE

**ENTRY OF APPEARANCE**

I, Michael E. Sendley, Esq., hereby enter my appearance on behalf of the Defendant, Ronald Seagrave.

Plaintiff,
By Counsel,
McKINNON & HARWOOD

/s/ Michael E. Sendley
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106

**CERTIFICATION**

I hereby certify that on February 9, 2007, a true copy of the within, was served on Lee H. Vilker, Assistant U.S. Attorney, District of Rhode Island, at lee.vilker@usdoj.gov by electronic "CM/ECF" means only.

/s/Michael E. Sendley, Esq._____
Michael E. Sendley, Esq. (#5591)