1280263

AO 442 (Rev. 5/93) Warrant for Arrest

JAN 30 2007

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

RONALD SEAGRAVE

## WARRANT FOR ARREST

CASE NUMBER: 1:07-M-10M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RONALD SEAGRAVE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
bank fraud and aggravated identity theft.

in violation of Title 18 United States Code, Section(s) §§ 1344 and 1028A(a)(1) and (c)(5)

David L. Martin
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

January 30, 2007, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 01/30/07 | NAME AND TITLE OF ARRESTING OFFICER SA Tab 1019 S. Lageman | SIGNATURE OF ARRESTING OFFICER S. Lageman |
| DATE OF ARREST 2/6/07 | | |

This form was electronically produced by Elite Federal Forms, Inc.