**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

VS. CASE NO. 107-M-10M

RONALD SEAGRAVE

**DEFENDANT'S MOTION FOR SENTENCE OUTSIDE THE GUIDELINE RANGE**

Now comes the Defendant, Ronald Seagrave, through counsel, and hereby requests that the Court impose a sentence beneath and outside the applicable Sentencing Guideline range, to include probation. In support of this Motion, Defendant relies on the Sentencing Memorandum attached hereto.

Plaintiff,
By Counsel,
McKINNON & HARWOOD

/s/ Michael E. Sendley
Michael E. Sendley (#5591)
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655
(401) 722-9106

**CERTIFICATION**

I hereby certify that on September 7, 2007, a true copy of the within, was served on Lee H. Vilker, Assistant U.S. Attorney, District of Rhode Island, at lee.vilker@usdoj.gov by electronic "CM/ECF" means only and a true copy of the within was mailed to Heather McLoughlin, UNITED STATES DISTRICT COURT, **OFFICE OF THE PROBATION OFFICER,** 2 Exchange Terrace, Providence, RI 02903-1779.

/s/Michael E. Sendley, Esq.
Michael E. Sendley, Esq. (#5591)